# UNITED STATES BANKRUPTCY COURT

APR 16   12 PM '10

**Entered on Docket**
**April 16, 2010**

In re Serena Bea Murphy, Case No. _____
           Debtor

Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 50.00   Check one ☐ With the filing of the petition, or
                     ☑ On or before 05/14/2010

$ 50.00   on or before 06/14/2010

$ 100.00  on or before 07/14/2010

$ 99.00   on or before 08/14/2010

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 04-16-10

*Deputy Clerk*

*MARY A. SCHOTT, CLERK*